E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JOSEPH DE LEON (Cal. Bar No. 313471)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-7280
     Facsimile: (213) 894-0141
     Email:    Joseph.De.Leon@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:23-cr-00126-FLA-2 |
|---|---|
| Plaintiff, | |
| v. | GOVERNMENT'S OPPOSITION TO DEFENDANT JUAN NICHOLAS BENITEZ'S REQUEST FOR EVIDENTIARY HEARING |
| MARC JESUS LOPEZ, et al., | |
| Defendants. | Hearing Date: October 20, 2023<br>Hearing Time: 10:30 a.m. |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Joseph De Leon, hereby files its Opposition to Defendant JUAN NICHOLAS BENITEZ's request for evidentiary hearing (Dkt. 97).

//

//

//

This Opposition is based upon the attached memorandum of points and authorities, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: October 18, 2023            Respectfully submitted,

                                          E. MARTIN ESTRADA
                                          United States Attorney

                                          MACK E. JENKINS
                                          Assistant United States Attorney
                                          Chief, Criminal Division


                                                /s/ Joseph De Leon
                                          JOSEPH DE LEON
                                          Assistant United States Attorney

                                          Attorneys for Plaintiff
                                          UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

On September 13, 2023, defendant Juan Nicholas Benitez ("defendant") filed a motion to suppress all evidence and statements. (Dkt. 78.)  On September 29, 2023, the government filed its opposition.  (Dkt. 90.)  On October 6, 2023, defendant filed his reply.  (Dkt. 94.)  In defendant's reply, defendant stated that "[a]n evidentiary hearing is unnecessary as no relevant factual dispute remains."  (Id. at 16.)  On October 17, 2023, just three days before the hearing, defendant filed a notice of request for evidentiary hearing, claiming that "additional information ha[d] come to the attention of defense counsel."  (Dkt. 97 at 2.)  In addition, defendant stated that the "defense is prepared to file an in camera memorandum detailing such information if the Court so requires."  (Id.)

Defendant has not "allege[d] facts with sufficient definiteness, clarity, and specificity to enable the trial court to conclude that contested issues of fact exist." United States v. Howell, 231 F.3d 615, 620 (9th Cir. 2000).  Instead, defendant offers a vague and cryptic statement that literally provides no facts and no explanation as to why there are contested issues of fact.  Therefore, defendant's request for an evidentiary hearing should be denied.

1

```
Dated: October 18, 2023          Respectfully submitted,

                                 E. MARTIN ESTRADA
                                 United States Attorney

                                 MACK E. JENKINS
                                 Assistant United States Attorney
                                 Chief, Criminal Division


                                       /s/ Joseph De Leon
                                 JOSEPH DE LEON
                                 Assistant United States Attorney

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA
```